# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                      Case No.: 1:23−cr−00453
                                                        Honorable John F. Kness

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2024:

    MINUTE entry before the Honorable John F. Kness as to Pedro Cuevas, Jr.: The Court sets an in−person hearing for 12/23/2024 at 10:30 A.M. in Courtroom 2125 to address the Supplemental Report [18] filed by Probation. Defendant is directed to be present. Mailed notice. (exr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.